**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EVAN WARREN PRICE,** | : | |
|      **Petitioner,** | : | |
| | : | |
|      **v.** | : | **CIVIL ACTION NO. 23-CV-1461** |
| | : | |
| **SCOTT KLINEFELTER,** *et al.,* | : | |
|      **Respondents.** | : | |

**ORDER**

**AND NOW**, this 29th day of December, 2023, upon consideration Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Respondent's Response (ECF No. 11), the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF No. 12), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurist would disagree with this Court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge